**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

In re:  Bankruptcy Case No.: 25−22846−shl
Mendel Weinberger

**Debtor***                                                    CHAPTER: 7

Social Security No.: xxx−xx−0000
Taxpayer ID/Employer ID/Other Nos.:

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above−named debtor:

A petition under title 11, United States Code was filed against you on 9/9/25 in this Bankruptcy Court, requesting an order for relief under Chapter 7 of the Bankruptcy Code (title 11 of the United States Code.)

YOU ARE SUMMONED and required to submit to the Clerk of the Bankruptcy Court, a motion or answer (attorneys should file online) to the petition within 21 days after the service of this summons. A copy of the petition is attached.

---

**Address of Clerk:**

        **United States Bankruptcy Court**
        **Southern District of New York**
        **300 Quarropas Street**
        **White Plains, NY 10601**
        **www.nysb.uscourts.gov**

---

At the same time, you must also serve a copy of the motion or answer upon the petitioner's attorney.

---

**Name and Address of Petitioner's Attorney:**

        **Mindel Markowitz**
        **4118 14th Ave Apt #35**
        **Brooklyn, NY 11219**

---

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 1011(c).
If you fail to respond to this Summons, an order for relief will be entered.

                                                                   Vito Genna

                                                                   *Clerk of the Court*

Dated: 9/10/25                                                  By: /s/ Narotam Rai

                                                                   *Deputy Clerk*

---

*Set forth all names, including trade names, used by the debtor within the last 8 years. (Federal Rule of Bankruptcy Procedure 1005). For joint debtors, set forth both social security numbers.