**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

IN RE: Mendel Weinberger  CASE NO.: 25–22846–shl

CHAPTER: 7

Petitioning Creditor(s):

Mindel Markowitz
4118 14th Ave Apt #35
Brooklyn, NY 11219

---

# NOTICE OF HEARING ON DISMISSAL

Please take notice that a hearing will be held before the Honorable Sean H. Lane to consider dismissal of the above captioned case for failure to pay the required filing fee. The court will conduct the hearing on this matter at:

Contact chambers for Zoom Meeting ID, and Password, SHL Zoom Videoconference

Date:10/8/25
Time:10:00 AM

Please be advised that the above named petitioning creditor(s) is being summoned due to failure to pay the filing fee and if the petitioning creditor(s) pays the fee "PRIOR" to the day of the hearing, the hearing will be cancelled. All fee payments MUST be accompanied by a copy of this notice.

Dated: September 10, 2025                                             Vito Genna
                                                                      Clerk of the Court